[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14022
Non-Argument Calendar
_____

D.C. Docket No. 2:11-cr-00124-AKK-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CECELIA LYONS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama
_____

(March 14, 2013)

Before CARNES, HULL and JORDAN, Circuit Judges

PER CURIAM:

Allison Wallace, appointed counsel for Cecelia Lyons in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lyons's revocation of supervised release and sentence are **AFFIRMED**.